FILED
November 12, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002219375

EDC 2-830sA (v.6.08) (Continued)

| In re<br><br>James A. Walker and Valerie K. Walker<br><br>Debtor(s). | Bankruptcy Case No.<br><br>09-37260 - C - 7 |
|---|---|
| The People of the State of California<br><br>Plaintiff(s),<br><br>v.<br><br>James A. Walker<br>et al. *(Complete list of defendants attached)*<br><br>Defendant(s). | Adversary Proceeding No.<br><br>09-02728 - C |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on 11/12/09, by:

✓ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:
James A. Walker 624 Lilja Ct
Valerie K. Walker Roseville CA 95678
David M. Meegan 11341 Gold Express Dr #110
Attorney At Law Gold River CA 95670

___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

___ RESIDENCE SERVICE: By leaving the process with the following adult at:

___ PUBLICATION: The defendant was served as follows [describe briefly]:

___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: Nov. 12, 2009      Signature: Jan Francis

Print Name: Jan Francis
Business Address: 1425 River Park Dr Ste 300
City, State, Zip: Sacramento CA 95815